IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: ~~05-D-428 (MJW)~~ 05-CV-00428-WYD-MJW

COLORADO CROSS DISABILITY COALITION, a Colorado Corporation

Plaintiff,

v.

DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas Corporation

Defendant.

---

## ORDER GRANTING MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL OF RECORD
(Docket No. 15)

---

THIS MATTER comes before the Court on a Motion for Permission to Withdraw as Counsel of Record for Defendant. The Court having read the motion and being sufficiently advised,

HEREBY ORDERS that Patrick T. O'Rourke is allowed to withdraw as counsel of record on behalf of the above-named Defendant.

Dated November 7, 2005.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE