IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-428-WYD-MJW

COLORADO CROSS-DISABILITY COALITION, a Colorado corporation,

     Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC., a Kansas Corporation,

     Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on the parties' Joint Motion for Two-Month Stay of Proceedings (#21), filed December 13, 2005.  In the Joint Motion, the parties stated that they "have focused all of their attention in this matter on settlement of this case and have been making ongoing progress toward reaching that goal."  The parties also believe the matter can be resolved without extensive discovery.  As such, the parties have requested a stay of all proceedings for two months.  Having reviewed the Joint Motion and being otherwise fully advised, it is

ORDERED that the Joint Motion for Two-Month Stay of Proceedings is **GRANTED**.  It is

FURTHER ORDERED that this case is **STAYED** until **Monday, February 13, 2006**.  It is

FURTHER ORDERED that by Monday, February 13, 2006, the parties shall file dismissal papers or a joint status report advising the Court of the current status of this

case.

Dated:  December 19, 2005

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge