IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-428-WYD-MJW

COLORADO CROSS-DISABILITY COALITION, a Colorado corporation,

Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC., a Kansas Corporation,

Defendant.

## ORDER

THIS MATTER is before the Court on consideration of the parties' Status Report (# 23), filed February 13, 2006.  On December 19, 2005, the Court ordered that this case be stayed for two months in light of the parties' ongoing efforts to settle this matter.  The parties now request an additional 30-day stay to resolve outstanding issues.  Having reviewed the Status Report and being otherwise fully advised, it is

ORDERED that this case is **STAYED** until **Wednesday, March 15, 2006**.  It is

FURTHER ORDERED that by **Wednesday, March 15, 2006**, the parties shall file a proposed consent decree, and, if necessary, a separate filing detailing the outstanding disputed issues as well as a proposed method of resolving them.

Dated: February 14, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge