IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00428-WYD-MJW

COLORADO CROSS-DISABILITY COALITION,

Plaintiff(s),

v.

DILLON COMPANIES, INC., d/b/a/ KING SOOPERS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     Based upon the written status report (docket no. 23) filed by the parties, it is hereby ORDERED that this case is STAYED until March 15, 2006.  The parties shall file on or before March 15, 2006, either their proposed Consent Decree with Judge Daniel or show cause why this case should not be dismissed.

Date:  February 14, 2006