IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-428-WYD-MJW

COLORADO CROSS-DISABILITY COALITION, a Colorado corporation,

Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC., a Kansas Corporation,

Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on the parties' Joint Request for Approval of Consent Decree [#28] and the Consent Decree [#29], both of which were filed on March 15, 2006.  Having reviewed the Consent Decree and the parties' request for approval, I find that the Consent Decree should be approved.  Accordingly, it is

ORDERED that the Consent Decree is **APPROVED**.  It is

FURTHER ORDERED that pursuant to section 4 of the Consent Decree, the Court will retain jurisdiction consistent with that section.

Dated:  March 27, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge